## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 141 MM 2014
:
           Respondent         :
:
:
:
          v.            :
:
:
:
DAMIEN MICHAEL SCHLAGER,  :
:
           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.